IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00066-ZLW

PHILLIP JOHNSON, JR.,

    Plaintiff,

v.

BILL OWENS,
JOE ORTIZ,
CATHIE HOLST,
ANTHONY DeCESARO, and
JANE AND JOHN DOE (OF MEDICAL), to be amended,

    Defendants.

---

ORDER VACATING ORDER AND JUDGMENT OF DISMISSAL

---

In an Order and Judgment of Dismissal filed on March 6, 2006, the Court dismissed the instant action because Plaintiff Phillip Johnson, Jr., failed to pay the initial partial filing fee. On March 10, 2006, Mr. Johnson filed *pro se* a letter to the Court stating that he did pay the initial partial filing fee on January 27, 2006. The Court's docketing records have been corrected and now confirm that Mr. Johnson did pay the initial partial filing fee on January 27, 2006. Therefore, the Order and Judgment of Dismissal entered in this action will be vacated. Accordingly, it is

ORDERED that the Court's Order and Judgment of Dismissal filed in this action on March 6, 2006, is vacated.

DATED at Denver, Colorado, this 28 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00066-BNB

Phillip Johnson
Prisoner No. 61588
Williams Street Center
1776 Williams
Denver, CO 80205

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-29-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk