# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00066-BNB

PHILLIP JOHNSON,

    Plaintiff,

v.

BILL OWENS,
JOE ORTIZ,
CATHIE HOLST,
ANTHONY DeCESARO, and
JANE AND JOHN DOE (OF MEDICAL), to be amended,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Relief from Judgment or Order C.R.C.P. 60(b)(1)" filed on April 18, 2006, in which he seeks an extension of time, is GRANTED. Plaintiff shall have up to and including **May 31, 2006**, to file an amended complaint as directed.

Dated: April 20, 2006

Copies of this Minute Order mailed on April 20, 2006, to the following:

Phillip Johnson, Jr.
Prisoner No. 61588
1776 Williams Street
Denver, CO 80207

                                      Secretary/Deputy Clerk